No. 80–1819. SWISSVALE AREA SCHOOL DISTRICT ET AL. *v.* HOOTS ET AL. C. A. 3d Cir. Certiorari denied.

No. 80–1821. WEAVER *v.* ARKANSAS. Ct. App. Ark. Certiorari denied.

No. 80–1826. TRINIDAD *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 80–1833. FAIRCLOTH *v.* NORFOLK & WESTERN RAILWAY Co. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 80–1845. LENNOX INDUSTRIES, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 80–1852. McGOFF ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 80–1853. TAYLOR *v.* ROADWAY EXPRESS, INC. C. A. 5th Cir. Certiorari denied.

No. 80–1857. CITIZENS CONCERNED FOR SEPARATION OF CHURCH AND STATE *v.* CITY AND COUNTY OF DENVER. C. A. 10th Cir. Certiorari denied.

No. 80–1873. FRANK ET AL. *v.* UNITED STATES TRUST COMPANY OF NEW YORK ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–1875. LUPTAK *v.* CENTRAL CARTAGE CO. ET AL. C. A. 6th Cir. Certiorari denied.